UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAUREEN CULMONE

VERSUS

EMMANUEL AMOFAH

CIVIL ACTION

NO. 04-644-A

## RULING

After carefully considering the complaint, the record, the law applicable to this action, and the Report and Recommendation (doc. 27) of United States Magistrate Judge Docia L. Dalby dated December 4, 2007, to which no objection has been filed, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, it is ordered that default judgment be entered herein against defendant, Emmanuel Amofah, pursuant to Fed. R. Civ. P. 37(b)(2)(C), and that the defendant be assessed reasonable expenses and attorney's fees incurred in this matter.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 29, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA